RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/14/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 11-0217 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RAUL X. JOHNSON | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 21] filed by Defendant Raul X. Johnson is hereby **GRANTED IN PART and DENIED IN PART**. The Motion to Suppress the evidence obtained as a result of the search of the defendant's desk at Carroll Junior High School is **GRANTED**. The Motion to Suppress the evidence obtained as a result of the searches of the defendant's police cruiser is **DENIED**.

MONROE, LOUISIANA, this 14 day of May 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE